UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLES BENNETT, ET AL

VERSUS

STATE FARM FIRE AND
CASUALTY COMPANY

CIVIL ACTION

NO. 10-636-BAJ-DLD

**RULING**

The Court has carefully considered the motion to remand, the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 3, 2011 (doc. 12). Defendant has filed an objection (doc. 13) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiffs' motion to remand (doc. 6) is hereby **GRANTED**, and this matter is hereby **REMANDED** to the **Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.**

Baton Rouge, Louisiana, July 17, 2011.

---
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA